**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6910**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TYRONE YOUNG,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of Virginia, at Danville.  James P. Jones, Senior District Judge.  (4:18-cr-00017-JPJ-1)

---

Submitted:  February 21, 2023                    Decided:  February 24, 2023

---

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Tyrone Young, Appellant Pro Se.  Jonathan Patrick Jones, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia; Kari Kristina Munro, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Young appeals the district court's order denying his motion for leave to supplement his motion for relief under Fed. R. Civ. P. 52(b) and 59(e). We have reviewed the record and discern no reversible error. Accordingly, we affirm. *United States v. Young*, No. 4:18-cr-00017-JPJ-1 (W.D. Va. Aug. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*